

**FILED**

JAN 5 2007

CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:03CR00367-001BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ANSWER OF THE GARNISHEE** |
| BRIAN TOD SCHELLENBERGER, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| NORTHERN TRUST COMPANY, ) | |
| ) | |
| Garnishee. ) | |

___Jerrie Young_____, BEING DULY SWORN DEPOSES
(Name of person completing Answer)

AND SAYS:

**IF GARNISHEE IS AN INDIVIDUAL:**

That I am the Garnishee herein doing business in the name of:

___Northern Trust Company___.
(Business name)

**IF GARNISHEE IS A PARTNERSHIP:**

That I am the _____ of a partnership of which the
(Position title)
named Garnishee is a partner.

**IF GARNISHEE IS A CORPORATION:**

That I am the __Paralegal__ of
__Northern Trust Company__,        (Position title)
       (Company name)

Garnishee, a corporation organized under the laws of the State of __Illinois__.
       (State of Incorporation)

On __December 28, 2006__, the above-named Garnishee was served with the Writ of Continuing Garnishment for the pay period in effect on this date of service:

Yes   No

___   ✓   1.   Defendant was in my/our employ.

           2.   Pay period is _____ weekly, _____ bi-weekly

               _____ semi-monthly, _____ monthly.

               Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served) -

               _____.

               Enter date above pay period ends _____.

           3.   Enter amount of net wages. Calculate below:

               (a) Gross Pay                       $_____

               (b) Federal income tax            $_____

               (c) F.I.C.A. income tax            $_____

               (d) State income tax              $_____

               Total of tax withholdings           $_____

               Net Wages                      $_____
               (a less total of b, c, d)

___   ___   4.   Have there been previous garnishments in effect?

               If the answer is yes, describe below:

               _____

               _____

___  ___  5.  The Garnishee has custody, control or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below:

| Description of Property | Approximate Value of Property | Description of Defendant's Interest |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

___  ___  6.  Garnishee anticipates owing to the defendant in the future, the following amounts:

| Amount | Estimated Date or Period Due |
|---|---|
| $ |  |
| $ |  |
| $ |  |
| $ |  |
| $ |  |

**Check the applicable line below if you deny that you hold property subject to this order of garnishment.**

_____ The Garnishee makes the following claim of exemption on the part of Defendant.

_____ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim.

_____ The Garnishee was then in no manner and upon no account indebted or under liability to the defendant, and the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

**The Garnishee acknowledges the Original Answer must be mailed to:**

Clerk, United States District Court
P. O. Box 25670
Raleigh, North Carolina 27611

**and a copy of this Answer to:**

United States Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, North Carolina 27601-1461
ATTN: Financial Litigation Unit

**and a copy of this Answer given to the Defendant at: (Address)**

_____
_____
_____
_____

_Jemie D. Young_
Garnishee

Subscribed and sworn to before me this

_2nd_ day of _January_, 20 _07_.

_Latrice Phillips_
Notary Public

My Commission Expires: _11-04-08_

```
OFFICIAL SEAL
LATRICE M PHILLIPS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/04/08
```