
FILED
MAR 1 2 2007
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

NO. 5:03CR00367-001BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ANSWER OF THE GARNISHEE** |
| BRIAN TOD SCHELLENBERGER, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| HEWITT ASSOCIATES, ) | |
| ) | |
| Garnishee. ) | |

___Gregory S. Tabickman___, BEING DULY SWORN DEPOSES
(Name of person completing Answer)

AND SAYS:

**IF GARNISHEE IS AN INDIVIDUAL:**

That I am the Garnishee herein doing business in the name of:

___Hewitt Associates LLC___.
(Business name)

**IF GARNISHEE IS A PARTNERSHIP:**

That I am the _____ of a partnership of which the
(Position title)
named Garnishee is a partner.

**IF GARNISHEE IS A CORPORATION:**

That I am a Benefits Service Manager with
Hewitt Associates LLC, (Position title)
(Company name)

Garnishee, a corporation organized under the laws of the State of  Illinois .
(State of Incorporation)

On December 21, 2006, the above-named Garnishee was served with the Writ of Continuing Garnishment for the pay period in effect on this date of service:

Yes  No

___  ✓  1.  Defendant was in my/our employ.

2.  Pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly.

Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served) - _____.

Enter date above pay period ends _____.

3.  Enter amount of net wages. Calculate below:

(a) Gross Pay                    $_____
(b) Federal income tax           $_____
(c) F.I.C.A. income tax          $_____
(d) State income tax             $_____
Total of tax withholdings        $_____
Net Wages                        $_____
(a less total of b, c, d)

___  ✓  4.  Have there been previous garnishments in effect?

If the answer is yes, describe below:

_____

_____

___ ✓ 5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below:

| Description of Property | Approximate Value of Property | Description of Defendant's Interest |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

✓ ___ 6. Garnishee anticipates owing to the defendant in the future, the following amounts:

| Amount | Estimated Date or Period Due |
|---|---|
| $ To be determined | To be determined, pending |
| $ | receipt of approved |
| $ | Qualified Domestic |
| $ | Relations order from |
| $ | Company savings plan |

Sponsor, Nortel Networks

**Check the applicable line below if you deny that you hold property subject to this order of garnishment.**

___ The Garnishee makes the following claim of exemption on the part of Defendant.

___ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim.

✓ The Garnishee was then in no manner and upon no account indebted or under liability to the defendant, and the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action. See above

**The Garnishee acknowledges the Original Answer must be mailed to:**

Clerk, United States District Court
P. O. Box 25670
Raleigh, North Carolina 27611

**and a copy of this Answer to:**

United States Attorney
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, North Carolina 27601-1461
ATTN: Financial Litigation Unit

**and a copy of this Answer given to the Defendant at: (Address)**

Unknown

_Gregory S. _____
Garnishee

Subscribed and sworn to before me this

2nd day of March, 2007.

_Elizabeth T. Forthun_
Notary Public

My Commission Expires: 3/2/07

[Notary Seal: ELIZABETH T. FORTHUN, FEB 23 2010, DEKALB CO. GEORGIA, NOTARY PUBLIC]